**Walter E. "Pete" Moak**
**The Moak Law Firm**
**1820 E. Ray Road**
**Chandler, AZ 85225**
**Ph: 480-755-8000**
**Fax: 623-399-4293**
wem@themoaklawfirm.com

*Attorney for Debtors, Schroeder*
**State Bar No.: 0004849**

IN THE UNITED STATES BANKRUPTCY COURT,

DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| In Re: ) | Chapter 13 Proceedings |
| ) | |
| MICHAEL PATRICK SCHROEDER ) | Case No: 4:09-bk-14033-EWH |
| ) | |
| and ) | **OBJECTION TO PROOF OF CLAIM** |
| ) | **#'s 1-1, 1-2 & 1-3 Filed by** |
| MICHELE LA GUARDIA ) | **WELLS FARGO BANK, N.A.** |
| ) | |
| Debtors. ) | |
| ) | |
| _____ ) | |

      NOW COMES the Petitioners, MICHAEL PATRICK SCHROEDER and MICHELE LA GUARDIA SCHROEDER, (hereinafter referred to as "the Petitioners"), by and through counsel, with the following OBJECTION to PROOF OF CLAIM #'s 1-1, 1-2 & 1-3, filed by WELLS FARGO BANK, N.A.

      On 07/01/2010, Wells Fargo Bank, N.A, filed Proof of Claim #1-1, in the amount of $5,749.56, which included the three monthly mortgage payment arrears, an Escrow Shortage and Bankruptcy Attorney Fees, as shown in their Schedule "A".

      Then on 07/14/2009, Wells Fargo Bank, N.A, filed an Amended Proof of Claim #1-2, in the amount of $5,187.72, which included the three monthly mortgage payment arrears, an Escrow

Shortage, Attorney Fees and a deduction of "Trustee Suspense", as shown in their Schedule "A".

Once again, on 10/12/2009, Wells Fargo Bank, N.A. filed an Amended Proof of Claim #1-3, in the amount of $5,186.72, which also included the three monthly mortgage payment arrears, an Escrow Shortage, Attorney Fees and a deduction of "Trustee Suspense". This time, the "Trustee Suspense" showed one dollar less than claim #1-2.

Debtor's have amended their Chapter 13 Plan in order to provide payment for the full arrearage amount owed to Wells Fargo Bank, N.A, in the amount of $5,203.17. However, Attorney for Debtor objects to the Escrow Shortage, Attorney Fees and the deduction of "Trustee Suspense" on the basis that there is not a full itemization of these items, which appear to be unreasonable.

Therefore, Debtor's will pay the exact mortgage arrears in their Chapter 13 Plan, with the exclusion of the Creditor, Wells Fargo Bank, N.A.'s claim of Escrow Shortage, Attorney Fees and deduction of "Trustee Suspense".

Upon receipt of Notice of Filing this Objection to Proof of Claim, Creditor, Wells Fargo, N.A shall have 25 days to Respond/Answer this Objection. In the event that no Response/Answer is filed within the 25 day period, an Order Sustaining Objection will be submitted to the U.S. Bankruptcy Court, District of Arizona, Tucson Division by Attorney for Debtors.

RESPECTFULLY SUBMITTED this 20th Day of August, 2010.

    /s/   Walter E. "Pete" Moak
WALTER "PETE" MOAK
Attorney for Petitioner/Debtors

# CERTIFICATE OF SERVICE

Copy of the foregoing was mailed
this 20th day of August, 2010 to:


Wells Fargo Bank, N.A
Tiffany & Bosco, P.A.
2525 E. Camelback Rd., Suite 300
Phoenix, AZ 85016

Wells Fargo Bank, N.A
One Home Campus, MAC # X2302-045
Des Moines, IA 50328

Dianne Crandell Kerns, Trustee
Office of the Chapter 13 Trustee
7320 N. La Cholla #154-413
Tucson, AZ 85741

BY:


   /s/   Walter E. "Pete" Moak
WALTER "PETE" MOAK
Attorney for Petitioner/Debtors