**Walter E. "Pete" Moak**
**The Moak Law Firm**
**1820 E. Ray Road**
**Chandler, AZ 85225**
**Ph: 480-755-8000**
**Fax: 623-399-4293**
**wem@themoaklawfirm.com**

*Attorney for Debtors, Schroeder*
**State Bar No.: 0004849**

IN THE UNITED STATES BANKRUPTCY COURT,

DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| In Re: ) | Chapter 13 Proceedings |
| ) | |
| MICHAEL PATRICK SCHROEDER ) | Case No: 4:09-bk-14033-EWH |
| ) | |
| and ) | **RESPONSE TO PROOF OF CLAIM** |
| ) | **# 2 filed by BANK OF AMERICA, N.A.** |
| MICHELE LA GUARDIA ) | |
| ) | |
| Debtors. ) | |
| ) | |
| _____) | |

     NOW COMES the Petitioners, MICHAEL PATRICK SCHROEDER and MICHELE LA GUARDIA SCHROEDER, (hereinafter referred to as "the Petitioners"), by and through counsel, with the following RESPONSE to PROOF OF CLAIM #2 filed by BANK OF AMERICA, N.A.

     Debtor's Chapter 13 Plan has been amended to provide payment for the full mortgage amount arrears. A copy of the Amended Plan will be noticed out along with this Response.

RESPECTFULLY SUBMITTED this 20th Day of <u>August</u>, 2010.

                                                /s/   Walter E. "Pete" Moak
                                                    WALTER "PETE" MOAK
                                            Attorney for Petitioner/Debtors

# CERTIFICATE OF SERVICE

Copy of the foregoing was mailed this 20th day of August, 2010 to:

Bank of America, N.A.
475 Crosspoint parkway
P.O. Box 9000
Getzville, NY 14068

Dianne Crandell Kerns, Trustee
Office of the Chapter 13 Trustee
7320 N. La Cholla #154-413
Tucson, AZ 85741

BY:


　　/s/　Walter E. "Pete" Moak
WALTER "PETE" MOAK
Attorney for Petitioner/Debtors