Walter "Pete" Moak
The Moak Law Firm, PLLC
State Bar No.: 004849
1820 E. RAY ROAD
CHANDLER, AZ 85225
Ph: 480-755-8000
fax: 623-399-4293
wem@themoaklawfirm.com
Attorney for Debtors, Schroeder

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA, TUCSON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO: 4:09-bk-14033-EWH** |
| | ) | |
| MICHAEL PATRICK SCHROEDER, | ) | **CHAPTER 13** |
| MICHELE LA GUARDIA SCHROEDER, | ) | |
| | ) | **NOTICE OF LODGING** |
| Debtor. | ) | **ORDER SUSTAINING OBJECTION** |
| | ) | **to Proof of Claim filed by Wells Fargo** |
| | ) | |
| _____ | ) | |

NOTICE IS HEREBY GIVEN that on August 20, 2010, Debtor filed and noticed out an Objection to Proof of Claim by Wells Fargo Bank, N.A. and at least 25 days has passed since and no Response or Answer has been filed.

FURTHER NOTICE IS HEREBY GIVEN that Attorney for Debtors has lodged a proposed Order Sustaining Objection to Proof of Claim filed by Wells Fargo Bank in the U.S. Bankruptcy Court, District of Arizona, Tucson Division.

DATED this 17 Day of September, 2010.


                                        /s/ Walter E. "Pete" Moak
                                        Walter "Pete" Moak
                                        Attorney for Debtors.

**CERTIFICATE OF SERVICE**

Copy of the foregoing was mailed
this ___17th___ day of __September__, 2010 to:

Wells Fargo Bank, N.A
Tiffany & Bosco, P.A.
2525 E. Camelback Rd., Suite 300
Phoenix, AZ 85016

Wells Fargo Bank, N.A
One Home Campus, MAC # X2302-045
Des Moines, IA 50328

Dianne Crandell Kerns, Trustee
Office of the Chapter 13 Trustee
7320 N. La Cholla #154-413
Tucson, AZ 85741


by

   /s/ Walter E. "Pete" Moak
Walter "Pete" Moak
Attorney for Debtors